JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| ALYSSA HOPE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY, a Delaware Corporation; and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No.: CV 23-457-DMG (MAAx)<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [15]** |
|---|---|

The parties' Joint Stipulation for Dismissal is APPROVED. The above-captioned action, including all claims stated herein against all parties, is hereby dismissed with prejudice in its entirety. All scheduled dates and deadlines are VACATED.

IT IS SO ORDERED.

DATED: August 15, 2023

*/s/ Dolly M. Gee*
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-